AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.

JAMES TATE GRANT

)
) Case: 1:21-mj-00618
) Assigned to: Judge Meriweather, Robin M.
) Assign Date: 9/29/2021
) Description: COMPLAINT W/ ARREST WARRANT
)
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JAMES TATE GRANT ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury;
18 U.S.C §§ 231(a)(3), 2 - Civil Disorder;
18 U.S.C § 1512(c)(2)- Obstruction of an Official Proceeding;
18 U.S.C § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C § 5104(e)(2)(C)- Entering and Remaining in Certain Rooms in the Capitol Building;
40 U.S.C § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings;
40 U.S.C § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 09/29/2021

2021.09.29
18:13:07 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/29/21 , and the person was arrested on *(date)* 10/14/21
at *(city and state)* Cary, NC .

Date: 10/15/21

*Arresting officer's signature*

FBI SA Craig Noyes
*Printed name and title*